7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Vanessa K Woods–ABOVE MED–
*Debtor*

*Bankruptcy Case No.*
13–42524–drd13

**United States Trustee**
    Plaintiff(s)

*Adversary Case No.*
14–04049–can

v.

**Marsha M. Persley–Allen**
    Defendant(s)

## JUDGMENT

       The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that:
a) The Defendant is directed to provide an accounting of each instance in which pro se filings were prepared for debtors in this judicial district, and an accounting of all funds received in all such instances; and
b) The Defendant is enjoined from engaging in further conduct in violation of § 110; pursuant to § 110(j)(2)(A).



                                         Ann Thompson
                                         Court Executive

                                         By: /s/ Jamie McAdams
                                             Deputy Clerk

Date of issuance: 7/9/14

Court to serve